1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   SAFETY NATIONAL RE SPC, ,     )
                                   )
12            Plaintiff(s),        )      No. C05-1666 BZ MED
                                   )
13       v.                        )      **CONDITIONAL ORDER OF**
                                   )      **DISMISSAL**
14   SINCLAIR-DWYER & CO., INC.,   )
                                   )
15            Defendant(s).        )
     _____)

16

17        The parties to this matter having advised the Court that

18   they have agreed to a settlement, **IT IS HEREBY ORDERED** that

19   this action is **DISMISSED WITH PREJUDICE** and all scheduled

20   matters are **VACATED**; provided, however, that any party may,

21   within **60 days** of the date of this Order, move the Court to

22   restore this matter to the calendar on the grounds that the

23   settlement has not been consummated.

24   Dated: November 29, 2005

25

26                              Bernard Zimmerman
                           United States Magistrate Judge
27

     G:\BZALL\-BZCASES\SAFETY NAT'L RE\ORDER OF CONDITIONAL DISMISSAL.WPD
28

                                   1